**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: K.L.              :   No. 505 EAL 2015
                                  :
                                  :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
                                  :
                                  :
PETITION OF: K.L.        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the consideration or decision of this matter.